**Nayely FERNANDEZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–71372.

United States Court of Appeals, Ninth Circuit.

Submitted April 20, 2011.*

Filed May 10, 2011.

Douglas D. Nelson, Esquire, Attorney at Law, San Diego, CA, for Petitioner.

---

Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, Jem C. Sponzo, Esquire, Mona Maria Yousif, Trial, Paul Cygnarowicz, Trial, Daniel Eric Goldman, Esquire, Senior Litigation Counsel, William Charles Peachey, Senior Litigation Counsel, U.S. Department of Justice, Washington, DC, for Respondent.

Before: RYMER, THOMAS, and PAEZ, Circuit Judges.

MEMORANDUM **

Nayely Fernandez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") decision dismissing her appeal from an immigration judge's order denying her application for cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Mercado–Zazueta v. Holder*, 580 F.3d 1102, 1104 (9th Cir.2009), and we grant the petition for review.

The BIA decided this case without the benefit of our decision in *MercadoZazueta v. Holder*, in which we held that for purposes of satisfying the five years of lawful permanent residence required under 8 U.S.C. § 1229b(a)(1), a parent's status as a lawful permanent resident is imputed to the unemancipated minor children residing with that parent. 580 F.3d at 1113–16. Accordingly, we grant the petition for review and remand to the BIA for further

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

proceedings. *See INS v. Ventura*, 537 U.S. 12, 16, 123 S.Ct. 353, 154 L.Ed.2d 272 (2002) (per curiam).

**PETITION FOR REVIEW GRANTED; REMANDED.**

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.